**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INVENTOR HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-00730-GMS |
| | ) | |
| SEARS, ROEBUCK AND CO., and | ) | |
| SEARS HOLDINGS MANAGEMENT | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of the following attorneys to represent the defendants, **Sears, Roebuck and Co.** and **Sears Holding Management Corporation**, in this matter:

> John G. Bisbikis [jbisbikis@mwe.com]
> Brett E. Bachtell [bbachtell@mwe.com]
> Zachary L. Getzelman [zgetzelman@mwe.com]
> **MCDERMOTT WILL & EMERY LLP**
> 227 West Monroe Street
> Chicago, Illinois 60606
> Telephone: (312) 372-2000

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney has been paid or will be submitted to the Clerk's Office upon the filing of this motion.

- 2 -

|  |  |
|---|---|
| Dated: July 18, 2014 | **YOUNG CONAWAY STARGATT & TAYLOR LLP**<br><br>*/s/ Karen L. Pascale*<br>_____<br>Karen L. Pascale (#2903) [kpascale@ycst.com]<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-571-6600<br><br>*Attorneys for Defendants, Sears, Roebuck and Co. and Sears Holdings Management Corporation* |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of John G. Bisbikis, Brett E. Bachtell, and Zachary L. Getzelman is GRANTED.

Date:  July _____, 2014

_____
UNITED STATES DISTRICT JUDGE

01:15788201.1

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on July 18, 2014, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated:

*For Plaintiff, Inventor Holdings, LLC:*

| | |
|---|---|
| Stamatios Stamoulis | stamoulis@swdelaw.com |
| Richard C. Weinblatt | weinblatt@swdelaw.com |
| STAMOULIS & WEINBLATT LLC | |
| Two Fox Point Centre | |
| 6 Deny Road, Suite 307 | |
| Wilmington, DE 19809 | |

July 18, 2014

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903) *[kpascale@ycst.com]*
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600

*Attorneys for Defendants,*
*Sears, Roebuck and Co.*
*and Sears Holdings Management Corporation*